◼ In the Matter of PABLO RAMOS, Appellant, v EDWARD R. HAMMOCK, as Chairman of New York State Board of Parole, Respondent.—Appeal from a judgment of the Supreme Court at Special Term, entered July 27, 1978 in Ulster County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, seeking a rehearing of the setting of his minimum period of imprisonment. Judgment affirmed, without costs. No opinion. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur